

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Clint Fletcher,                 * Original Mandamus Proceeding,

No. 11-17-00327-CV             * January 19, 2018

                                         * Per Curiam Memorandum Opinion
                                         (Panel consists of: Willson, J.,
                                         Bailey, J., and Wright, S.C.J.,
                                         sitting by assignment)

This court has considered Relator's petition for writ of mandamus and concludes that the petition for writ of mandamus should be conditionally granted. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is conditionally granted. The Honorable Judge Robin Darr is directed to vacate the order that she signed on November 14, 2017, during the period of automatic abatement. A writ of mandamus will issue only if Judge Darr fails to act by January 31, 2018.